**B1 (Official Form 1) (1/08)**

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**TECHSUN BUILDERS, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):  **20-3247876** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1102 Taft**<br>**Houston, TX**     ZIP CODE **77019** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Harris** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP CODE | Mailing Address of Joint Debtor (if different from street address):     ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):     ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [x] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Liabilities

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| B1 (Official Form 1) (1/08) | | Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): | **TECHSUN BUILDERS, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2008 (Build 9.0.23.6, ID 1947379841)*

B1 (Official Form 1) (1/08) Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **TECHSUN BUILDERS, LLC**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

Telephone Number (If not represented by attorney)

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

#### Signature of Attorney*

X **/s/ Peter Johnson**
  Peter Johnson         Bar No. **10778400**

**Peter Johnson**
**Suite 2820**
**11 Greenway Plaza**
**Houston, Texas 77046**

Phone No. **(713) 961-1200**    Fax No. **(713) 961-0941**

12/01/2008
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**TECHSUN BUILDERS, LLC**

X **/s/ RAHIM DAYANI**
  Signature of Authorized Individual

  **RAHIM DAYANI**
  Printed Name of Authorized Individual

  **Member/Manager**
  Title of Authorized Individual

  **12/01/2008**
  Date

Address
X _____

Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B6A (Official Form 6A) (12/07)

In re **TECHSUN BUILDERS, LLC**                           Case No. _____
                                                                   (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Heights Annex Property<br>Two (2) Completed homes and five (5) undeveloped lots described as follows:<br><br>Lots Four Hundred Fifty Three (453), Four Hundred Fifty Four (454), Four Hundred Fifty Five (455), Four Hundred Fifty Six (456) and Four Hundred Fifty Seven (457) of the Heights Annex, an Addition in Harris County, Texas, according to the Map or Plat thereof recorded in Volume 5, Page 34, of the Map Records | Fee Simple | | $1,208,000.00 | $630,372.00 |
| Alden Place Property<br>Two (2) Completed homes and four (4) undeveloped lots described as follows:<br><br>Lots Eighteen (18) and Nineteen (19), in Block Two (2) of Alden Place, an Addition in Harris County, Texas, according to the Map or Plat thereof recorded in Volume 7, Page 2, of the Map Records of Harris County, Texas located at 1102 Taft Street, Houston, Texas | Fee Simple | | $1,450,000.00 | $1,530,971.00 |
| | | Total: | $2,658,000.00 | |

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **TECHSUN BUILDERS, LLC**              Case No. _____
                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **Note #1**<br>**Metro Bank**<br>**Attn: James A Flynn, VP**<br>**9600 Bellaire Blvd, S 252**<br>**Houston, TX 77036** | | DATE INCURRED: **11/03.2005**<br>NATURE OF LIEN:<br>**Deed of Trust Lien**<br>COLLATERAL:<br>**Heights Annex Property and Alden Property**<br>REMARKS:<br><br>VALUE: $2,658,000.00 | | | | $441,000.00 | |
| **Representing:**<br>**Metro Bank** | | **L. David Smith, Esq**<br>**Chernosky, Smith Ressling & Smith PLLC**<br>**4646 Wild Indigo, Suite 110**<br>**Houston, TX 77027** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xote #2**<br>**Metro Bank**<br>**Attn: James A Flynn, VP**<br>**9600 Bellaire Blvd, S 252**<br>**Houston, TX 77036** | X | DATE INCURRED: **04/05/2008**<br>NATURE OF LIEN:<br>**Deed of Trust Lien**<br>COLLATERAL:<br>**Heights Annex Property and Alden Property**<br>REMARKS:<br><br>VALUE: $1,450,000.00 | | | | $820,000.00 | |
| ACCT #: **Note #3**<br>**Metro Bank**<br>**Attn: James A Flynn, VP**<br>**9600 Bellaire Blvd, S 252**<br>**Houston, TX 77036** | X | DATE INCURRED: **01/11/2008**<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**Heights Annex Property and Alden Property**<br>REMARKS:<br><br>VALUE: $1,450,000.00 | | | | $80,599.00 | |
| | | **Subtotal (Total of this Page) >** | | | | **$1,341,599.00** | **$0.00** |
| | | **Total (Use only on last page) >** | | | | | |

_____1_____ continuation sheets attached

(Report also on Summary of Schedules.)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.
In re **TECHSUN BUILDERS, LLC**                                              Case No. _____
                                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xote #4**<br>**Metro Bank**<br>**Attn: James A Flynn, VP**<br>**9600 Bellaire Blvd, S 252**<br>**Houston, TX 77036** | | DATE INCURRED: **01/11/2008**<br>NATURE OF LIEN: **Fee Simple**<br>COLLATERAL: **Heights and Alden Place Property**<br>REMARKS:<br><br>VALUE:  $2,658,000.00 | | | | $189,372.00 | |
| ACCT #:<br>**Paul Bettencourt**<br>**P.O. Box 4622**<br>**Houston, TX  77210-4622** | | DATE INCURRED:<br>NATURE OF LIEN: **Taxes**<br>COLLATERAL: **Real Property**<br>REMARKS:<br><br>VALUE:  $2,658,000.00 | | | | Unknown | Unknown |

Sheet no. ___1___ of ___1___ continuation sheets attached       Subtotal (Total of this Page) >    **$189,372.00**   **$0.00**
to Schedule of Creditors Holding Secured Claims                 Total (Use only on last page) >    **$1,530,971.00**  **$0.00**
                                                                                                    (Report also on    (If applicable,
                                                                                                    Summary of         report also on
                                                                                                    Schedules.)        Statistical
                                                                                                                       Summary of
                                                                                                                       Certain Liabilities
                                                                                                                       and Related
                                                                                                                       Data.)

B6F (Official Form 6F) (12/07)

In re **TECHSUN BUILDERS, LLC**          Case No. _____
                                                                                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Iqbal Aly Chandwany**<br>**20038 Thornmead LN**<br>**Spring, TX 77379** | | DATE INCURRED: **2005**<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $400,000.00 |
| ACCT #:<br>**Jamalvddin K Hirani**<br>**7122 Avalon Aqua Way**<br>**Spring, TX 77379** | | DATE INCURRED: **2005**<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $400,000.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | Subtotal > | $800,000.00 |
| | | | | | Total > | $800,000.00 |

_____**No**_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6 Declaration (Official Form 6 - Declaration) (12/07)
In re **TECHSUN BUILDERS, LLC**          Case No. _____
                                                     (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Member/Manager**_____ of the _____**Corporation**_____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**5**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date **12/01/2008**          Signature **/s/ RAHIM DAYANI**
                                       *RAHIM DAYANI*
                                       *Member/Manager*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **TECHSUN BUILDERS, LLC**                                                  Case No.

                                                                                                         Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Jamalvddin K Hirani<br>7122 Avalon Aqua Way<br>Spring, TX 77379 | | Loan | | **$400,000.00** |
| Iqbal Aly Chandwany<br>20038 Thornmead LN<br>Spring, TX 77379 | | Loan | | **$400,000.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the _____**Member/Manager**_____   of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**12/01/2008**_____          Signature:__**/s/ RAHIM DAYANI**_____
                                                                                   *RAHIM DAYANI*
                                                                                   **Member/Manager**

*Peter Johnson*          10778400
*Peter Johnson*
*Suite 2820*
*11 Greenway Plaza*
*Houston, Texas 77046*
*(713) 961-1200*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*SOUTHERN DISTRICT OF TEXAS*
*HOUSTON DIVISION*

In re:  
**TECHSUN BUILDERS, LLC**

Case No.:  
SSN: **20-3247876**  
SSN:

Debtor(s)

## Numbered Listing of Creditors

Address:  
**1102 Taft**  
**Houston, TX 77019**

Chapter: **11**

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 1. | Iqbal Aly Chandwany<br>20038 Thornmead LN<br>Spring, TX 77379 | Unsecured Claim | $400,000.00 |
| 2. | Jamalvddin K Hirani<br>7122 Avalon Aqua Way<br>Spring, TX 77379 | Unsecured Claim | $400,000.00 |
| 3. | L. David Smith, Esq<br>Chernosky, Smith Ressling & Smith PLLC<br>4646 Wild Indigo, Suite 110<br>Houston, TX 77027 | Unsecured Claim | $0.00 |
| 4. | Metro Bank<br>Attn: James A Flynn, VP<br>9600 Bellaire Blvd, S 252<br>Houston, TX 77036<br>Note #1 | Secured Claim | $441,000.00 |
| 5. | Metro Bank<br>Attn: James A Flynn, VP<br>9600 Bellaire Blvd, S 252<br>Houston, TX 77036<br>xote #2 | Secured Claim | $820,000.00 |
| 6. | Metro Bank<br>Attn: James A Flynn, VP<br>9600 Bellaire Blvd, S 252<br>Houston, TX 77036<br>Note #3 | Secured Claim | $80,599.00 |

in re: **TECHSUN BUILDERS, LLC**

Debtor                                                                                                        Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 7. Metro Bank<br>Attn: James A Flynn, VP<br>9600 Bellaire Blvd, S 252<br>Houston, TX 77036<br>xote #4 | Secured Claim | $189,372.00 |
| 8. Paul Bettencourt<br>P.O. Box 4622<br>Houston, TX  77210-4622 | Secured Claim | |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I, **TECHSUN BUILDERS, LLC**                                                                                                                     ,
named as debtor in this case, declare under penalty of perjury that I have read the foregoing  *Numbered Listing of Creditors,*
consisting of __2__ sheets (including this declaration), and that it is true and correct to the best of my information and belief.
the best of my information and belief.

Debtor:  __/s/ RAHIM DAYANI_____                    Date: __12/01/2008_____
         **RAHIM DAYANI**
         **Member/Manager**

_____
**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (see 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____           _____
Printed or Typed Name of Bankruptcy Petition Preparer                            Social Security Number

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Forms for each person.

Page 2